Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.:  18−34501−VFP
          Chapter:  13
          Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Antonio J Feo
   105 Baldwin Place
   Bloomfield, NJ 07003

Social Security No.:
   xxx−xx−8937

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

    NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Vincent F. Papalia on:

Date:        11/7/19
Time:       02:00 PM
Location:   Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

    The following applications for compensation have been filed:

APPLICANT(S)
Scott E. Tanne, Debtor's Attorney,

COMMISSION OR FEES
$1,295.00

EXPENSES
$2.80

If this is a chapter 13 case, the fees and expenses awarded:

    ☑    will not reduce the amount to be paid to general unsecured creditors under the plan.

    ☐    will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

    An appearance is not required on an application for compensation unless an objection is filed.

Dated: October 7, 2019
JAN:

                                        Jeanne Naughton
                                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-34501-VFP
Antonio J Feo                                                             Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2           Date Rcvd: Oct 07, 2019
                              Form ID: 137             Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 09, 2019.
```
db              +Antonio J Feo,    105 Baldwin Place,    Bloomfield, NJ 07003-6030
cr              +Seterus, Inc., as authorized sub-servicer for Fede,    Stern, Lavinthal & Frankenberg, LLC,
                  105 Eisenhower Parkway,    Suite 302,    Roseland, NJ 07068-1640
517920871       +ACCU Reference Medical Lab,    1901 East Linden Avenue,    Suite 4,    Linden, NJ 07036-1195
517920872       +Equifax,    PO BOX 740241,    Atlanta, GA 30374-0241
517920873       +Experian,    PO BOX 9701,    Allen, TX 75013-9701
518028239       +MTGLQ Investors, L.P.,    c/o Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                  Highlands Ranch, Colorado 80129-2386
517983752        Pendrick Capital Partners II, LLC,    PO BOX 141419,    IRVING, TX   75014-1419
517920878       ++SETERUS INC,    PO BOX 619096,    DALLAS TX 75261-9096
                  (address filed with court: Seterus, Inc,    Attn: Customer Service Department,    PO BOX 2008,
                  Grand Rapids, MI 49501-2008)
517920879       ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                  TRENTON NJ 08646-0245
                  (address filed with court: State of New Jersey,    Division of Taxation,    Bankruptcy Unit,
                  PO Box 245,    Trenton, NJ 08695-0245)
517920880        State of New Jersey,    Department of Labor & Workforce Developm,    PO Box 951,
                  Trenton, NJ 08625-0951
517920881       +Stern Lavinthal & Frankenberg LLC,    105 Eisenhower Parkway,    Suite 302,
                  Roseland, NJ 07068-1640
517920882       +Trans Union,    PO BOX 2000,    Chester, PA 19016-2000
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Oct 08 2019 00:14:53      U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 08 2019 00:14:52      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
517920874        E-mail/Text: cio.bncmail@irs.gov Oct 08 2019 00:14:05      IRS,    PO BOX 7346,
                  Philadelphia, PA 19101-7346
517920875       +E-mail/PDF: resurgentbknotifications@resurgent.com Oct 08 2019 00:21:46      LVNV Funding LLC,
                  15 South Main Street,    PO Box 10497,    Greenville, SC 29603-0497
517946504        E-mail/Text: bkr@cardworks.com Oct 08 2019 00:13:28      MERRICK BANK,
                  Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
517920876       +E-mail/Text: bkr@cardworks.com Oct 08 2019 00:13:28      Merrick Bank/CardWorks,
                  Attn: Bankruptcy,    Po Box 9201,    Old Bethpage, NY 11804-9001
517920877       +E-mail/Text: bankruptcydpt@mcmcg.com Oct 08 2019 00:14:51      Midland Funding,
                  2365 Northside Dr Ste 300,    San Diego, CA 92108-2709
518001456       +E-mail/Text: bankruptcydpt@mcmcg.com Oct 08 2019 00:14:51      Midland Funding LLC,
                  PO Box 2011,    Warren, MI 48090-2011
                                                                                               TOTAL: 8

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 09, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-2              User: admin                Page 2 of 2                  Date Rcvd: Oct 07, 2019
                                  Form ID: 137               Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 4, 2019 at the address(es) listed below:
          Gregory L. Van Dyck    on behalf of Plaintiff    NJ Department of Labor   and   Workforce Development,
           Division of Unemployment and Disability Insurance gregory.vandyck@law.njoag.gov
          Kevin Gordon McDonald    on behalf of Creditor    MTGLQ INVESTORS, L.P. kmcdonald@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Maria   Cozzini    on behalf of Creditor    Seterus, Inc., as authorized sub-servicer for Federal
           National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the
           laws of the United States of America mcozzini@sternlav.com
          Marie-Ann   Greenberg    magecf@magtrustee.com
          Scott E. Tanne    on behalf of Debtor Antonio J Feo ecf@tannelaw.com,
           tanne.ecf.email@gmail.com;tannesr87179@notify.bestcase.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                            TOTAL: 6