UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**SCOTT E. TANNE, ESQ., P.C.**
**4 Chatham Road**
**Summit, NJ 07901**
**(973) 701-1776**
**Fax: (973) 701-0111**
**Scott E. Tanne, Esq.**
**ST2477**
**Attorney for the Debtor(s)**

Order Filed on March 19, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

**Antonio J. Feo**

Debtor(s)

Case No.: 18-34501-VFP

Adv. No.:

Hearing Date:

Judge:  Papalia

## ORDER FOR SUPPLEMENTAL ALLOWANCE OF COMPENSATION AND REIMBURSEMENT TO ATTORNEY FOR DEBTOR(S)

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: March 19, 2020**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

**Page 2**
Debtor: Antonio J. Feo
Case No.:  18-34501-VFP
Caption of Order:  Order for Supplemental Allowance of Compensation and Reimbursement to Attorney for
Debtors

_____

Upon consideration of Debtor's Attorneys application for an order requesting

supplemental allowance fees, and good cause appearing therefore, it is hereby

**ORDERED** that the applicant be and is hereby allowed the following fees and reimbursement
of costs, net of credits for sums heretofore received, to wit:

For fees and expenses in consideration of services rendered…………….. $656.80

and it is,

**FURTHER ORDERED** that said sum, an administrative expense of the Debtor's estate in
accordance with Sec. 503(b)(2), United States Bankruptcy Code (11 U.S.C. Sec. 503(b)(2)),
shall be paid in the following manner:

Through the debtor's Chapter 13 Plan.

The debtor's monthly Plan is modified to require a payment of $1,037.00 per month for
the remaining 45 months to allow for payment of the above fee.  Increased Plan payments to
commence April 2020.

In the event that the case is dismissed prior to payment of fees and expenses ordered
herein, any funds on hand with the Chapter 13 Trustee shall be disbursed pursuant to this
order before a refund is issued to the debtor.