Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                              Case No.: 18−34501−VFP
                              Chapter: 13
                              Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Antonio J Feo
   105 Baldwin Place
   Bloomfield, NJ 07003

Social Security No.:
   xxx−xx−8937

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

   Notice is hereby given that a Plan was confirmed in this matter on March 11, 2019.

   On 9/3/2020 the debtor filed a modification to the Plan.

   Accordingly, a hearing will be held before the Honorable Vincent F. Papalia on:

Date:                 September 3, 2020
Time:               08:30 AM
Location:          Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

   Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: July 31, 2020
JAN: dlr

                                                                                                                Jeanne Naughton
                                                                                                                Clerk

```
                         United States Bankruptcy Court
                              District of New Jersey
In re:                                                        Case No. 18-34501-VFP
Antonio J Feo                                                 Chapter 13
       Debtor
                            CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin              Page 1 of 2          Date Rcvd: Jul 31, 2020
                              Form ID: 185             Total Noticed: 22


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 02, 2020.
db             +Antonio J Feo,   105 Baldwin Place,   Bloomfield, NJ 07003-6030
cr             +Seterus, Inc., as authorized sub-servicer for Fede,   Stern, Lavinthal & Frankenberg, LLC,
                 105 Eisenhower Parkway,   Suite 302,   Roseland, NJ 07068-1640
517920871      +ACCU Reference Medical Lab,    1901 East Linden Avenue,   Suite 4,   Linden, NJ 07036-1195
517920872      +Equifax,   PO BOX 740241,   Atlanta, GA 30374-0241
517920873      +Experian,   PO BOX 9701,   Allen, TX 75013-9701
518028239      +MTGLQ Investors, L.P.,   c/o Specialized Loan Servicing LLC,   8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
518575434       MTGLQ Investors, L.P. c/o NewRez LLC DBA Shellpoin,   P.O. Box 10826,
                 Greenville, SC  29603-0826
518575435       MTGLQ Investors, L.P. c/o NewRez LLC DBA Shellpoin,   P.O. Box 10826,
                 Greenville, SC  29603-0826,   MTGLQ Investors, L.P. c/o NewRez LLC DBA,   P.O. Box 10826,
                 Greenville, SC  29603-0826
517983752       Pendrick Capital Partners II, LLC,   PO BOX 141419,   IRVING, TX  75014-1419
517920878     ++SETERUS INC,   PO BOX 619096,   DALLAS TX 75261-9096
               (address filed with court: Seterus, Inc,   Attn: Customer Service Department,   PO BOX 2008,
                 Grand Rapids, MI 49501-2008)
517920879     ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: State of New Jersey,   Division of Taxation,   Bankruptcy Unit,
                 PO Box 245,   Trenton, NJ 08695-0245)
517920880       State of New Jersey,   Department of Labor & Workforce Developm,   PO Box 951,
                 Trenton, NJ 08625-0951
517920881      +Stern Lavinthal & Frankenberg LLC,   105 Eisenhower Parkway,   Suite 302,
                 Roseland, NJ 07068-1640
517920882      +Trans Union,   PO BOX 2000,   Chester, PA 19016-2000

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 31 2020 23:47:25    U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 31 2020 23:47:22    United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517920874       E-mail/Text: sbse.cio.bnc.mail@irs.gov Jul 31 2020 23:46:57    IRS,   PO BOX 7346,
                 Philadelphia, PA 19101-7346
517920875      +E-mail/PDF: resurgentbknotifications@resurgent.com Jul 31 2020 23:54:28    LVNV Funding LLC,
                 15 South Main Street,   PO Box 10497,   Greenville, SC 29603-0497
517946504       E-mail/PDF: MerrickBKNotifications@Resurgent.com Jul 31 2020 23:54:08    MERRICK BANK,
                 Resurgent Capital Services,   PO Box 10368,   Greenville, SC 29603-0368
517920876      +E-mail/PDF: MerrickBKNotifications@Resurgent.com Jul 31 2020 23:54:48
                 Merrick Bank/CardWorks,   Attn: Bankruptcy,   Po Box 9201,   Old Bethpage, NY 11804-9001
517920877      +E-mail/Text: bankruptcydpt@mcmcg.com Jul 31 2020 23:47:21    Midland Funding,
                 2365 Northside Dr Ste 300,   San Diego, CA 92108-2709
518001456      +E-mail/Text: bankruptcydpt@mcmcg.com Jul 31 2020 23:47:21    Midland Funding LLC,
                 PO Box 2011,   Warren, MI 48090-2011
                                                                                              TOTAL: 8

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2020                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-2          User: admin              Page 2 of 2            Date Rcvd: Jul 31, 2020
                              Form ID: 185             Total Noticed: 22
```

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 31, 2020 at the address(es) listed below:
              Gregory L. Van Dyck    on behalf of Plaintiff    NJ Department of Labor  and  Workforce Development,
               Division of Unemployment and Disability Insurance gregory.vandyck@law.njoag.gov
              Kevin Gordon McDonald    on behalf of Creditor    MTGLQ INVESTORS, L.P. kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Maria  Cozzini    on behalf of Creditor    Seterus, Inc., as authorized sub-servicer for Federal
               National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the
               laws of the United States of America mcozzini@sternlav.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Scott E. Tanne    on behalf of Debtor Antonio J Feo ecf@tannelaw.com,
               tanne.ecf.email@gmail.com;tannesr87179@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```