UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

SCOTT E. TANNE, ESQ., P.C.
4 Chatham Road
Summit, NJ 07901
(973) 701-1776
Fax: (973) 701-0111
Scott E. Tanne, Esq.
ST2477
**Attorney for the Debtor(s)**

Order Filed on September 17, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

**Antonio J. Feo**

Debtor(s)

Case No.: 18-34501-VFP

Adv. No.:

Hearing Date:

Judge: Papalia

## ORDER FOR SUPPLEMENTAL ALLOWANCE OF COMPENSATION AND REIMBURSEMENT TO ATTORNEY FOR DEBTOR(S)

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: September 17, 2020**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

**Page 2**
Debtor: Antonio J. Feo
Case No.:  18-34501-VFP
Caption of Order:  Order for Supplemental Allowance of Compensation and Reimbursement to Attorney for Debtors

Upon consideration of Debtor's Attorneys application for an order requesting supplemental allowance fees, and good cause appearing therefore, it is hereby

**ORDERED** that the applicant be and is hereby allowed the following fees and reimbursement of costs, net of credits for sums heretofore received, to wit:

For fees and expenses in consideration of services rendered…………….. $981.20

and it is,

**FURTHER ORDERED** that said sum, an administrative expense of the Debtor's estate in accordance with Sec. 503(b)(2), United States Bankruptcy Code (11 U.S.C. Sec. 503(b)(2)), shall be paid in the following manner:

Through the debtor's Chapter 13 Plan.

The debtor's monthly Plan is modified to require a payment of $1,210.00 per month for the remaining 36 months to allow for payment of the above fee.  Increased Plan payments to commence January 2021.

In the event that the case is dismissed prior to payment of fees and expenses ordered herein, any funds on hand with the Chapter 13 Trustee shall be disbursed pursuant to this order before a refund is issued to the debtor.

United States Bankruptcy Court
District of New Jersey

In re:  
Antonio J Feo  
    Debtor

Case No. 18-34501-VFP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Sep 17, 2020  
                       Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 19, 2020.  
db           +Antonio J Feo,   105 Baldwin Place,   Bloomfield, NJ 07003-6030

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                        TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2020                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 17, 2020 at the address(es) listed below:  
          Gregory L. Van Dyck   on behalf of Plaintiff   NJ Department of Labor  and  Workforce Development,  
           Division of Unemployment and Disability Insurance gregory.vandyck@law.njoag.gov  
          Kevin Gordon McDonald   on behalf of Creditor   MTGLQ INVESTORS, L.P. kmcdonald@kmllawgroup.com,  
           bkgroup@kmllawgroup.com  
          Maria Cozzini   on behalf of Creditor   Seterus, Inc., as authorized sub-servicer for Federal  
           National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the  
           laws of the United States of America mcozzini@sternlav.com  
          Marie-Ann  Greenberg    magecf@magtrustee.com  
          Scott E. Tanne   on behalf of Debtor Antonio J Feo ecf@tannelaw.com,  
           tanne.ecf.email@gmail.com;tannesr87179@notify.bestcase.com  
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                                  TOTAL: 6