Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 18−34501−VFP
        Chapter: 13
        Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Antonio J Feo
   105 Baldwin Place
   Bloomfield, NJ 07003

Social Security No.:
   xxx−xx−8937

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on September 8, 2020.

On 03/26/2021 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Vincent F. Papalia on:

Date:         May 6, 2021
Time:        08:30 AM
Location:    Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: March 29, 2021
JAN: dlr

                              Jeanne Naughton
                              Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Antonio J Feo  
Debtor

Case No. 18-34501-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2  
Date Rcvd: Mar 29, 2021     Form ID: 185     Total Noticed: 22

The following symbols are used throughout this certificate:  
**Symbol   Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 31, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Antonio J Feo, 105 Baldwin Place, Bloomfield, NJ 07003-6030 |
| cr | + | Seterus, Inc., as authorized sub-servicer for Fede, Stern, Lavinthal & Frankenberg, LLC, 105 Eisenhower Parkway, Suite 302, Roseland, NJ 07068-1640 |
| 517920871 | + | ACCU Reference Medical Lab, 1901 East Linden Avenue, Suite 4, Linden, NJ 07036-1195 |
| 517920872 | + | Equifax, PO BOX 740241, Atlanta, GA 30374-0241 |
| 517920873 | + | Experian, PO BOX 9701, Allen, TX 75013-9701 |
| 518028239 | + | MTGLQ Investors, L.P., c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 518575434 | | MTGLQ Investors, L.P. c/o NewRez LLC DBA Shellpoin, P.O. Box 10826, Greenville, SC 29603-0826 |
| 518575435 | | MTGLQ Investors, L.P. c/o NewRez LLC DBA Shellpoin, P.O. Box 10826, Greenville, SC 29603-0826, MTGLQ Investors, L.P. c/o NewRez LLC DBA, P.O. Box 10826 Greenville, SC 29603-0826 |
| 517983752 | | Pendrick Capital Partners II, LLC, PO BOX 141419, IRVING, TX 75014-1419 |
| 517920878 | ++ | SETERUS INC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, Seterus, Inc, Attn: Customer Service Department, PO BOX 2008, Grand Rapids, MI 49501-2008 |
| 517920879 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Division of Taxation, Bankruptcy Unit, PO Box 245, Trenton, NJ 08695-0245 |
| 517920880 | | State of New Jersey, Department of Labor & Workforce Developm, PO Box 951, Trenton, NJ 08625-0951 |
| 517920881 | + | Stern Lavinthal & Frankenberg LLC, 105 Eisenhower Parkway, Suite 302, Roseland, NJ 07068-1640 |
| 517920882 | + | Trans Union, PO BOX 2000, Chester, PA 19016-2000 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 29 2021 22:05:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 29 2021 22:05:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517920874 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 29 2021 22:04:00 | IRS, PO BOX 7346, Philadelphia, PA 19101-7346 |
| 517920875 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 29 2021 21:21:37 | LVNV Funding LLC, 15 South Main Street, PO Box 10497, Greenville, SC 29603-0497 |
| 517946504 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 29 2021 21:28:34 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 517920876 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 29 2021 21:20:17 | Merrick Bank/CardWorks, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 517920877 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 29 2021 22:05:00 | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2709 |
| 518001456 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 29 2021 22:05:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |

TOTAL: 8

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Mar 29, 2021 | Form ID: 185 | Total Noticed: 22 |

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2021              Signature:       /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 29, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Gregory L. Van Dyck | on behalf of Plaintiff NJ Department of Labor and Workforce Development  Division of Unemployment and Disability Insurance gregory.vandyck@law.njoag.gov |
| Kevin Gordon McDonald | on behalf of Creditor MTGLQ INVESTORS  L.P. kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Maria Cozzini | on behalf of Creditor Seterus  Inc., as authorized sub-servicer for Federal National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the laws of the United States of America mcozzini@sternlav.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Scott E. Tanne | on behalf of Debtor Antonio J Feo ecf@tannelaw.com  tanne.ecf.email@gmail.com;tannesr87179@notify.bestcase.com |
| Shauna M Deluca | on behalf of Creditor MTGLQ INVESTORS  L.P. sdeluca@raslg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7