**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
**Marie-Ann Greenberg MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:

ANTONIO J FEO

**Case No.:  18-34501**

**Adv. No.:**

**Hearing Date:  04/21/2022**

**Judge:  VFP**

## CERTIFICATION OF SERVICE

1.  I, Jackie Michaels, am a paralegal for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2.  On, 03/15/2022, I sent a copy of the following pleadings and/or documents to the parties listed below:

**Notice of Motion to Dismiss**

3.  I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Debtor:
ANTONIO J FEO
105 BALDWIN PLACE
BLOOMFIELD, NJ  07003
Mode of Service:  Regular Mail

Attorney for Debtor(s):
SCOTT E TANNE ESQ
4 CHATHAM ROAD
SUMMIT, NJ  07901
Mode of Service:  ECF and/or Regular Mail

Dated:  March 15, 2022

By:   /S/  Jackie Michaels
Jackie Michaels