Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  18−34501−VFP
Chapter:  13
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Antonio J Feo
    105 Baldwin Place
    Bloomfield, NJ 07003

Social Security No.:
    xxx−xx−8937

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 4/25/22.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: April 26, 2022
JAN: rah

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-34501-VFP |
| Antonio J Feo | Chapter 13 |
|    Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Apr 26, 2022 | Form ID: 148 | Total Noticed: 26 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 28, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Antonio J Feo, 105 Baldwin Place, Bloomfield, NJ 07003-6030 |
| cr | + | SN Servicing Corporation as servicer for U.S. Bank, Friedman Vartolo, LLP, 1325 Franklin Ave., Suite 160, Garden City, NY 11530-1631 |
| cr | + | Seterus, Inc., as authorized sub-servicer for Fede, Stern, Lavinthal & Frankenberg, LLC, 105 Eisenhower Parkway, Suite 302, Roseland, NJ 07068-1640 |
| cr | + | U.S. Bank Trust National Association, as Trustee o, Friedman Vartolo, LLP, 85 Broad Street, Suite 501, 85 Broad Street, Suite 501, New York, NY 10004-1734 |
| 517920871 | + | ACCU Reference Medical Lab, 1901 East Linden Avenue, Suite 4, Linden, NJ 07036-1195 |
| 517920872 | + | Equifax, PO BOX 740241, Atlanta, GA 30374-0241 |
| 517920873 | + | Experian, PO BOX 9701, Allen, TX 75013-9701 |
| 518028239 | + | MTGLQ Investors, L.P., c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 518575434 | | MTGLQ Investors, L.P. c/o NewRez LLC DBA Shellpoin, P.O. Box 10826, Greenville, SC 29603-0826 |
| 518575435 | | MTGLQ Investors, L.P. c/o NewRez LLC DBA Shellpoin, P.O. Box 10826, Greenville, SC 29603-0826, MTGLQ Investors, L.P. c/o NewRez LLC DBA, P.O. Box 10826 Greenville, SC 29603-0826 |
| 517920878 | ++ | SETERUS INC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, Seterus, Inc, Attn: Customer Service Department, PO BOX 2008, Grand Rapids, MI 49501-2008 |
| 517920880 | | State of New Jersey, Department of Labor & Workforce Developm, PO Box 951, Trenton, NJ 08625-0951 |
| 517920879 | | State of New Jersey, Division of Taxation, Bankruptcy Unit, PO Box 245, Trenton, NJ 08695-0245 |
| 517920881 | + | Stern Lavinthal & Frankenberg LLC, 105 Eisenhower Parkway, Suite 302, Roseland, NJ 07068-1640 |
| 517920882 | + | Trans Union, PO BOX 2000, Chester, PA 19016-2000 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 26 2022 20:34:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 26 2022 20:34:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517920874 | | EDI: IRS.COM | Apr 27 2022 00:38:00 | IRS, PO BOX 7346, Philadelphia, PA 19101-7346 |
| 517920875 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 26 2022 20:45:18 | LVNV Funding LLC, 15 South Main Street, PO Box 10497, Greenville, SC 29603-0497 |
| 517946504 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 26 2022 20:45:04 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 518028239 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Apr 26 2022 20:34:00 | MTGLQ Investors, L.P., c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 517920876 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 26 2022 20:45:04 | Merrick Bank/CardWorks, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 517920877 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 26 2022 20:34:00 | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2710 |
| 518001456 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 26 2022 20:34:00 | Midland Funding LLC, PO Box 2011, Warren, MI |

District/off: 0312-2              User: admin              Page 2 of 3

Date Rcvd: Apr 26, 2022              Form ID: 148              Total Noticed: 26

| | | | |
|---|---|---|---|
| | | | 48090-2011 |
| 517983752 | Email/Text: perituspendrick@peritusservices.com | | |
| | | Apr 26 2022 20:33:00 | Pendrick Capital Partners II, LLC, PO BOX 141419, IRVING, TX 75014-1419 |
| 519204182 | + Email/Text: bknotices@snsc.com | | |
| | | Apr 26 2022 20:34:00 | U.S. Bank Trust, N.A., as Trustee, of the Tiki Series IV Trust, c/o SN Servicing Corporation, 323 5th Street, Eureka, CA 95501, U.S. Bank Trust, N.A., as Trustee 95501-0305 |
| 519204181 | + Email/Text: bknotices@snsc.com | | |
| | | Apr 26 2022 20:34:00 | U.S. Bank Trust, N.A., as Trustee, of the Tiki Series IV Trust, c/o SN Servicing Corporation, 323 5th Street, Eureka, CA 95501-0305 |

TOTAL: 12

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 28, 2022              Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 26, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Gregory L. Van Dyck | on behalf of Plaintiff NJ Department of Labor and Workforce Development  Division of Unemployment and Disability Insurance gregory.vandyck@law.njoag.gov |
| Jonathan C. Schwalb | on behalf of Creditor U.S. Bank Trust National Association  as Trustee of the Tiki Series IV Trust bankruptcy@friedmanvartolo.com |
| Jonathan C. Schwalb | on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association  as Trustee of the Tiki Series IV Trust bankruptcy@friedmanvartolo.com |
| Kevin Gordon McDonald | on behalf of Creditor MTGLQ INVESTORS  L.P. kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Maria Cozzini | on behalf of Creditor Seterus  Inc., as authorized sub-servicer for Federal National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the laws of the United States of America mcozzini@sternlav.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Scott E. Tanne | on behalf of Debtor Antonio J Feo ecf@tannelaw.com  tannesr87179@notify.bestcase.com;tanne.ecf.email@gmail.com |
| Shauna M Deluca | on behalf of Creditor MTGLQ INVESTORS  L.P. sdeluca@hasbanilight.com, hllawpc@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-2                          User: admin                          Page 3 of 3
Date Rcvd: Apr 26, 2022                       Form ID: 148                         Total Noticed: 26
TOTAL: 9